IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HARRESHA GRIFFIN, | § | |
| | § | |
| Defendant, | § | No. 318, 2024 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. 24X-01061 (S) |
| | § | |
| Appellee. | § | |

Submitted: October 18, 2024
Decided: October 31, 2024

## ORDER

The Court issued a briefing schedule in this appeal on August 21, 2024; the appellant's opening brief was due September 20, 2024. On September 24, 2024, the Chief Deputy Clerk sent a brief delinquency letter to the appellant. The appellant did not respond to the letter and did not file the opening brief. The Chief Deputy Clerk then issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed because the appellant had not filed an opening brief and appendix. The notice to show cause was delivered on October 7, 2024. The appellant has failed to respond to the notice to show cause within the required ten-day period, and dismissal of this action is therefore deemed unopposed.

NOW, THEREFORE, IT IS ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice